DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

RYAN REZAEI (CABN 285133)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    ryan.rezaei@usdoj.gov

Attorneys for United States of America

FILED
AUG 15 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

3 19 71292

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| VINCENTE RAMIREZ, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about August 15, 2019, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

    ☐    Indictment

    ☐    Information

    ☑    Criminal Complaint

    ☐    Other (describe) _____

pending in the Central District of California, Case Number MJ 18-3361.

In that case (copy of criminal complaint attached), the defendant is charged with a violation of Title 18, United States Code, Section 751.

v. 7/10/2018

1 | Description of Charges: escaping from the custody of the United States.
2 | The maximum penalties are as follows:
3 | Imprisonment: 5 years
4 | Fine: $250,000

Respectfully Submitted,

DAVID L. ANDERSON
UNITED STATES ATTORNEY

Date: 8/15/19

Ryan Rezaei
Assistant United States Attorney



AO 91(Rev.5/85) Criminal Complaint



# United States District Court

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Vincente Ramirez
REG#: 43783-074

**MJ 18-3361**

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, Rick Shaw, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about September 26, 2016, in Los Angeles County, in the Central District of California, defendant Vicente RAMIREZ ("RAMIREZ") escaped from the custody of the United States Attorney General, in violation of Title 18, United States Code, Section 751. I further state that I am a Deputy U.S. Marshal and that this complaint is based on the following facts:

On or about September 26, 2016, the United States Marshals Service received information from Steve Landford, Chief Executive Officer/Warden, that RAMIREZ escaped from Federal Correctional Complex ("FCC") Lompoc Satellite Prison Camp, located at 3600 Guard Road in Lompoc, California. Bureau of Prisons records describe RAMIREZ as a Hispanic male, United States citizen, born September 8, 1989, measuring approximately 6 feet, 1 inches tall, weighing approximately 260 pounds, with brown hair and brown eyes.

The institution and court records I reviewed indicate that on April 16, 2012, in the United States District Court for the Eastern District of Tennessee, Case Number 2:11-CR-00029(1), RAMIREZ was sentenced to a term of 180 months' imprisonment and 5 years of supervised release. RAMIREZ was serving his 180-month sentence at FCC Lompoc Satellite Camp. RAMIREZ was scheduled to be released from Bureau of Prisons custody on May 23, 2024, via Good Conduct Time Release. On September 26, 2016, at 4:00 P.M., a bed count was conducted and RAMIREZ's whereabouts were unknown. A full search of the facility was conducted, and RAMIREZ was not found.

On September 26, 2016, RAMIREZ was placed on escape status. RAMIREZ's whereabouts remain unknown.

Continued on the attached sheet and made a part hereof: ☐ Yes ☒ No

Sworn to before me and subscribed in my presence,

/s/
Signature of Complaint
Rick Shaw
Deputy U.S. Marshal

Dec. 20, 2018
Date

at Los Angeles, California
City and State

MARIA A. AUDERO
Name & Title of Judicial Officer

MARIA A. AUDERO
Signature of Judicial Officer

U.S. MAGISTRATE JUDGE